```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO.  CR-05-2010-EFS |
| Plaintiff, ) | ORDER ON BAIL REVIEW |
| ) | HEARING |
| v. ) | |
| ) | |
| JEFFREY LEE BENTLEY, ) | |
| ) | |
| Defendant. ) | |

A bail review hearing was scheduled on the defendant's motion on May 5, 2005. James P. Hagarty, Esq., appeared for the government.  Defendant was present with counsel Todd Harmes for James E. Egan, Esq.

The defendant argued that being subject to urinalysis testing will adequately address community safety concerns. Defendant also sought release in order to assist his father in moving. The government argued for continued detention.

The Court found that there was no significant change in circumstances since detention was previously determined. Accordingly, the Court **DENIED** the defendant's motion to modify the conditions of release previously imposed and referred the matter to Judge Edward F. Shea for further proceedings.

**IT IS ORDERED**:

ORDER ON BAIL REVIEW  - 1
HEARING

1. Defendant's motion for modification of bail is **DENIED**.
2. The defendant is detained pending further proceedings.
3. The case is referred to the district court for further proceedings.

DATED this 5th day of May, 2005.

s/ Michael W. Leavitt

MICHAEL W. LEAVITT
United States Magistrate Judge

ORDER ON BAIL REVIEW  - 2
HEARING