PROB 12B  
(7/93)

Report Date: October 2, 2006

# United States District Court

for the

**Eastern District of Washington**

FILED IN THE  
U.S. DISTRICT COURT  
EASTERN DISTRICT OF WASHINGTON

OCT 1 6 2006

JAMES R. LARSEN, CLERK  
_____ DEPUTY  
RICHLAND, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision  
with Consent of the Offender**  
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jeffrey Lee Bentley          Case Number: 2:05CR02010-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea

Date of Original Sentence: 8/23/2005            Type of Supervision: Supervised Release

Original Offense: Possession of Firearm by         Date Supervision Commenced: 5/4/2006  
Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence: Prison - 18 Months; TSR - 24     Date Supervision Expires: 5/3/2008  
Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18. You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

### CAUSE

On July 14, 18, and August 18, 2006, Mr. Bentley submitted urine samples at Merit Resource Services (Merit) which tested positive for methamphetamine. On August 22, and 28, 2006, he failed to report to Merit for urinalysis testing. The defendant admitted the aforementioned alleged violations and acknowledged having a substance abuse problem. As a corrective measure, the defendant entered a 28-day inpatient treatment program at James Oldham Treatment Center in Buena, Washington, on August 31, 2006. On September 26, 2006, he successfully completed the treatment program. In addition, recent 9th Circuit case law requires the Court to specify a specific number of urine tests to be set. Enclosed is a waiver signed by the defendant agreeing to the above modification of his conditions of supervised release.

Respectfully submitted,

by _____  
Jose Vargas  
U.S. Probation Officer  
Date: October 2, 2006

Prob 12B
**Re: Bentley, Jeffrey Lee**
**October 2, 2006**
**Page 2**

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

12/13/06

Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

18. You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Witness: _____  Signed: _____
Jose Vargas                        Jeffrey Lee Bentley
U.S. Probation Officer             Probationer or Supervised Releasee

October 2, 2006
Date